1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LUCIO JUSTO RAMOS CARRILLO,                  No.  2:25-cv-1901 CSK P

12                    Plaintiff,

13            v.                                    ORDER

14    SAN JOAQUIN COUNTY JAIL,

15                    Defendant.

16

17            Plaintiff, a county inmate at San Joaquin County Jail, filed an incomplete complaint and

18    an incomplete in forma pauperis application; only the first page of both documents was provided,

19    and neither bears the plaintiff's signature.  No other pleadings have been filed by the plaintiff.

20            In order to commence an action, plaintiff must file a completed and signed complaint as

21    required by Rule 3 of the Federal Rules of Civil Procedure.  Indeed, all filings by plaintiff must

22    bear his signature. Fed. R. Civ. P. 11(a).  In addition, plaintiff must either pay the required

23    $405.00 filing fee or file a properly completed and signed application requesting leave to proceed

24    in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  If he seeks in forma pauperis status,

25    plaintiff must also submit a certified copy of his jail trust account statement for the six-month

26

27    _____

      [1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the $350.00
28    filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are
      not required to pay the $55.00 administrative fee.

period immediately preceding the filing of this action.  Because both filings are incomplete and do not bear plaintiff's signatures, plaintiff is granted thirty days to correct these deficiencies.  See Fed. R. Civ. P. 11(a).  Plaintiff is cautioned that if he fails to do so, the Court will strike the filings and recommend that this matter be terminated.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of this order to (a) file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case and bear his signature; and (b) submit the filing fee in the amount of $405.00 or a completed and signed application to proceed in forma pauperis on the form provided by the Clerk of Court, accompanied by a certified inmate trust account statement for the past six months.  Plaintiff's failure to comply with this order will result in a recommendation that this matter be terminated.

2. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.


Dated:  July 11, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/ramo1901.nocompl

2