UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO JUSTO RAMOS CARRILLO, | No. 2:25-cv-1901 CSK P |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY JAIL, | |
| Defendant. | |

Plaintiff, a county inmate at San Joaquin County Jail, proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by jail staff was not filled out. Also, plaintiff did not file a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). On July 30, 2025, plaintiff was given thirty days to submit a completed in forma pauperis application and a certified copy of the inmate trust account statement in support of the application.

On August 13, 2025, plaintiff filed another application to proceed in forma pauperis. However, the section requiring certification by jail officials was not completed by jail officials; rather, plaintiff crossed it out. (ECF No. 10 at 2.) Further, plaintiff did not provide a certified copy of his inmate trust account statement for the prior six month period. Plaintiff is advised that

1

simply re-filing his application to proceed in forma pauperis does not comply with the Court's July 30, 2025 order. The Court grants plaintiff another thirty days to provide the required documents. Plaintiff is cautioned that if he fails to comply, the Court will recommend that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of this order to submit a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: September 3, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/ramo1901.3c+.new2

2